# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-933

Allstate Insurance Company,

    Plaintiff,

v.

John Cruz and PIP Personal Identity Protection, LLC

    Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: Plaintiff Allstate Insurance Company.

DATED this 5th day of April, 2024.

    */s/ J. Scott Humphrey*

    J. Scott Humphrey
    Benesch, Friedlander, Coplan & Aronoff LLP
    71 South Wacker Drive, Suite 1600
    Chicago, Illinois 60606-4637
    Telephone: (312) 212-4949
    Email:  shumphrey@beneschlaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants via U.S. mail:

John Cruz
408 Widgeon Drive
Longmont, CO 80503

PIP Personal Identity Protection, LLC
1130 Francis St. Suite 7006
Longmont, CO 80501

            */s/   J. Scott Humphrey*

            *Counsel for Plaintiff Allstate Insurance Company*