# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-933

Allstate Insurance Company,

    Plaintiff,

v.

John Cruz and PIP Personal Identity Protection LLC

    Defendants.

## Corporate Disclosure Statement

Plaintiff Allstate Insurance Company ("Allstate"), pursuant to Federal Rule of Civil Procedure 7.1, state as follows for their Corporate Disclosure Statement:

1. Allstate Insurance Company is a wholly owned subsidiary of Allstate Insurance Holdings, LLC, a Delaware limited liability company. Allstate Insurance Holdings, LLC is a wholly owned subsidiary of The Allstate Corporation, a Delaware corporation.

2. The stock of The Allstate Corporation is publicly traded.

3. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

24264947 v1

2

Dated:  April 5, 2024

Respectfully submitted,

*/s/ J. Scott Humphrey*

J. Scott Humphrey
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
Email: shumphrey@beneschlaw.com

*Counsel for Plaintiff Allstate Insurance Company*

## CERTIFICATE OF SERVICE

I certify that on this 5th day of April 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing, and attach same for service on the following:

John Cruz
408 Widgeon Drive
Longmont, CO 80503

PIP Personal Identity Protection, LLC
1130 Francis St. Suite 7006
Longmont, CO 80501

*/s/ J. Scott Humphrey*
J. Scott Humphrey

*Attorney for Plaintiff Allstate Insurance Company*

24264947 v1