**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLORADO**

ALLSTATE INSURANCE COMPANY,

               Plaintiff,                 Civil Action No. 1:24-cv-00933

     v.

JOHN CRUZ and PIP PERSONAL
IDENTITY PROTECTION LLC,

               Defendants.

## SUPPLEMENTAL NOTICE OF RELATED RULING

Plaintiff Allstate Insurance Company, by and through its counsel, hereby supplements its Notice of Related Ruling (Dkt. 65) and notifies the Court as follows:

1.      After Allstate learned that the Boulder County court had sentenced Cruz to 20 days in jail and 5 years probation, Allstate twice reached out to Cruz to verify this sentence and determine if he was incarcerated

2.      Cruz did not respond to Allstate, and he did not timely file his Response to Allstate's Motion for a Permanent Injunction by the Court-imposed deadline. Accordingly, Allstate filed a Notice of Related Ruling to ensure that the Court was aware of Cruz's potential unavailability following his criminal sentencing. (Dkt. 65).

3.      Shortly after Allstate filed its Notice of Related Ruling, Cruz called counsel for Allstate. During this call, Cruz represented that he will not be incarcerated. Cruz did not provide any other details on his sentencing. Allstate has not received a response to its public records request to verify this assertion.

4.      Allstate is filing this Supplemental Notice to ensure that the Court is aware of all circumstances and communications relating to Cruz's potential unavailability following his criminal sentencing.

\*      \*      \*

Dated: August 9, 2024                            /s/ *J. Scott Humphrey*

J. Scott Humphrey
Kate Watson Moss
Meghan Golden
**BENESCH,  FRIEDLANDER,  COPLAN & ARONOFF LLP**
71 South Wacker Drive
Suite 1600
Chicago, IL 60606-4637
Telephone: (312) 212-4940
shumphrey@beneschlaw.com

*Counsel for Allstate Insurance Company*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 9th day of August 2024, a copy of the foregoing document was

sent via US First Class Mail, postage prepaid, and email, to:


John Cruz
4888 Preserve Place
Firestone, CO 80504
Telephone: 303-570-8925
jcruz369@gmail.com


         */s/ J. Scott Humphrey*
         J. Scott Humphrey

         *One of the Attorneys for Plaintiff Allstate*
         *Insurance Company*