# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLORADO

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | |
| Plaintiff, | Civil Action No. 1:24-cv-00933 |
| v. | |
| JOHN CRUZ and PIP PERSONAL IDENTITY PROTECTION LLC, | |
| Defendants. | |

## STATEMENT OF NON-OPPOSITION

Plaintiff Allstate Insurance Company, by and through its counsel, in accordance with this Court's August 13 Minute Order (Dkt. 67) hereby notifies the Court as follows:

1. On August 1, Allstate filed its Motion for Permanent Injunction. (Dkt. 62). Allstate attached several video files to its Motion and filed conventionally submitted cover pages in accordance with ECF Rule 4.8(f).

2. On August 2, Allstate transmitted the following to the Court: (1) Notice of Electronic Filing; (2) file-stamped cover pages; (3) USB of Appendix A Videos; (4) USB of Appendix B Videos; and (5) USB of Declaration Videos.[1]

3. Allstate encrypted each USB drive for the sole purpose of maintaining their security during transmission to the court. Allstate does not object to any of these exhibits being filed on the public docket.

\*   \*   \*

---

[1] The Court did not receive the USB of Declaration Videos. Upon learning of this inadvertent error, Allstate re-sent the USB of Declaration videos to the Court on August 13.

Dated: August 14, 2024

/s/ *J. Scott Humphrey*

J. Scott Humphrey
Kate Watson Moss
Meghan Golden
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive
Suite 1600
Chicago, IL 60606-4637
Telephone: (312) 212-4940
shumphrey@beneschlaw.com

*Counsel for Allstate Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August 2024, a copy of the foregoing document was sent via US First Class Mail, postage prepaid, and email, to:

John Cruz
4888 Preserve Place
Firestone, CO 80504
Telephone: 303-570-8925
jcruz369@gmail.com

      /s/ J. Scott Humphrey
J. Scott Humphrey

*One of the Attorneys for Plaintiff Allstate Insurance Company*