# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-933

Allstate Insurance Company,

    Plaintiff,

v.

John Cruz and PIP Personal Identity Protection, LLC

    Defendants.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: Plaintiff Allstate Insurance Company.

    DATED this 5th day of March, 2025.

                                              */s/ Katie M. Burnett*
                                              Katie M. Burnett
                                              Benesch, Friedlander, Coplan & Aronoff LLP
                                              71 South Wacker Drive, Suite 1600
                                              Chicago, Illinois 60606-4637
                                              Telephone: (312) 212-4949
                                              Email:  kburnett@beneschlaw.com

25595510 v1

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2025, a true and correct copy of the foregoing document was served electronically through the District of Colorado CM/ECF electronic filing on the following:

Yun Wang
BTW Legal
999 18th Street, #3000
Denver, CO 80202
Telephone: (720) 998-5039
ywang@btwlegal.com
Attorney for Defendant John Cruz

                                                                            */s/   Katie M. Burnett*
                                                        *Counsel for Plaintiff Allstate Insurance Company\*

25595510 v1